727 So.2d 1000 (1999)
MERRIMACK MUTUAL FIRE INSURANCE COMPANY, Appellant,
v.
John J. POWER and Joan E. Power, his wife, on Behalf of themselves and all others similarly situated, Appellees.
No. 98-1781.
District Court of Appeal of Florida, Third District.
February 10, 1999.
Rehearing Denied April 7, 1999.
*1001 Powers, McNalis, Moody & Groelle and David F. Aversa, Lake Worth, for appellant.
Lyons & Farrar, for appellees.
Before FLETCHER, SHEVIN and SORONDO, JJ.
PER CURIAM.
Affirmed. See Colonial Penn Ins. Co. v. Magnetic Imaging Sys. I, Ltd., 694 So.2d 852 (Fla. 3d DCA 1997); Sears, Roebuck & Co. v. Labora, 670 So.2d 1025 (Fla. 3d DCA 1996); Broin v. Philip Morris Co., Inc., 641 So.2d 888 (Fla. 3d DCA 1994), review denied, 654 So.2d 919 (Fla.1995); Love v. General Dev. Corp., 555 So.2d 397 (Fla. 3d DCA 1989).